IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL O. ROBERTSON**                                         **PLAINTIFF**
**#106563**

v.             No: 4:22-cv-00194 JM-PSH

**RODIGUEZ,** *et al.*                                             **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Robertson's pending motions for leave to proceed *in forma pauperis* (Doc. Nos. 6 & 11) are DENIED.

2. Robertson's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

3. Dismissal of this action should be considered a "strike" within the meaning of 28 U.S.C. § 1915(g).

DATED this <u>25th</u> day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE