# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL O. ROBERTSON**  **PLAINTIFF**
**#106563**

v.   No: 4:22-cv-00194 JM-PSH

**RODIGUEZ**, *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 25th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE